No. 88–5456.  HURTADO v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 88–5457.  BAUER v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 88–5458.  DUTY v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 88–5460.  SERVIDIO v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 88–5463.  LITTLE v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 88–5466.  PARKER v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 88–5476.  MADAMBA v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 88–5484.  MADRID v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 88–5485.  SCATES v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 88–5490.  GORDON v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 88–5494.  RODRIGUEZ-DELGADO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 88–5499.  SANDOVAL VARGAS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 88–5502.  LOCKE v. ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 87–1942.  FLORIDA v. BROWN.  Sup. Ct. Fla.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 88–345.  FLORIDA v. BELCHER.  Dist. Ct. App. Fla., 3d Dist.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.